# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **NICHOLAS DeFOSSETT,**  *Plaintiff,*  vs.  **NORTHTOWNE PLAZA PROPERTIES, LTD., d/b/a NORTHTOWNE PLAZA,**  *Defendant(s).* | **CIVIL ACTION**  **FILE No. 5:22-cv-1154** |

## PLAINTIFF'S STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, **NICHOLAS DeFOSSETT** ("Plaintiff"), by and through the undersigned counsel, and hereby files this, his Stipulation to Dismiss Complaint with Prejudice. Plaintiff has resolved all issues with this Defendant and no longer desires to proceed with his cause of action against **NORTHTOWNE PLAZA PROPERTIES, LTD., d/b/a NORTHTOWNE PLAZA** ("Defendants") and respectfully requests the Honorable Court dismiss Plaintiff's causes of action against Defendant with Prejudice.

> Respectfully submitted,
> **KURZ LAW GROUP, LLC**
> 3455 Cobb Parkway, SE, Suite J-285
> Atlanta, GA 30339
> www.kurzlawgroup.com
> (404) 805-2494 Telephone
> (770) 428-5356 Facsimile
> By:  */s/ Dennis R. Kurz*
>      Dennis R. Kurz
>      Texas State Bar No. 24068183
>      dennis@kurzlawgroup.com
> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Eric C. Mettenbrink, Esq.
**HIRSHE & WESTHEIMER**
1415 Louisiana, 36th Floor
Houston, Texas 77002
[emetterbrink.com](emetterbrink.com)
*Attorney for Defendant,*
*Northtowne Plaza Properties, LTD., d/b/a Northtowne Plaza*

                                                */s/ Dennis R. Kurz*
                                                Dennis R. Kurz